**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TONY CURTIS AINLEY, JR., ADC #140402**                                   **PLAINTIFF**

**v.**                    **CASE NO. 5:11CV00282 BSM/HDY**

**BRIAN T. PERKINS, Shift Supervisor,**
**Varner Unit, Arkansas Department of Correction**                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE